ORDERED.

Dated:  January 22, 2020

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| AARON THURMOND, ) | Case No. 6:19-bk-05591-KSJ |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |

**ORDER DENYING**
**MOTION TO REINSTATE DISMISSED CASE**

This case came before the Court on the Debtor's Motion to Reinstate Dismissed Case (Doc. No. 29) (the "Motion"). On November 22, 2019, this Court entered an order dismissing this case (Doc. No. 25) (the "Dismissal Order").[1] The Dismissal Order was proper, given the Debtor is still delinquent on his Chapter 13 payments and has failed to provide a copy of his

---

[1] The Trustee previously filed a Motion to Dismiss Case for Failure to Maintain Timely Plan Payments (Doc. No. 21) and a Motion to Dismiss for the Debtor's Failure to Comply with 11 U.S.C. Sections 1308 and 521 (Doc. No. 22) on October 23, 2019. The Debtor did not respond within 21 days.

2018 Tax Return to the Trustee. The Motion offers no valid basis for reconsideration. After reviewing the pleadings and considering the position of interested parties, it is **ORDERED** that the Motion (Doc. No. 29) is **DENIED**.

###

The Clerk is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.