ORDERED.

Dated: June 30, 2021

Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:
Aaron Thurmond                                                    Case No. 6:19-bk-05591-KSJ
                                                                  Chapter 13

      Debtor (s).
_____/

**ORDER GRANTING MOTION FOR APPROVAL OF PERMANENT LOAN MODIFICATION AGREEMENT**

THIS CAUSE, came on for consideration upon the Debtors' Motion for Approval of Permanent Loan Modification Agreement (DE# 78) under the negative notice provisions of Local Rule 2002-4. In the absence of any objection, the Motion is deemed uncontested. Accordingly, it is

ORDERED

1. Debtors' Motion to Allow Debtors to Enter into a Permanent Loan Modification Agreement is granted.

2. The Permanent Loan Modification Agreement with SN Servicing Corporation is hereby approved and the parties are ordered to comply with the terms of the agreement.

3. The permanent loan modification payments are $1,369.14 beginning May 1, 2021.

4. The payments will be mailed by the Chapter 13 Trustee to the following address: SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501.

5. Payments made by the Debtor to the Chapter 13 Trustee constitute timely payments to SN Servicing Corporation under the permanent loan modification agreement.

6. Any interested parties may object to this order within 14 days from the date of service of this order. If any interested party files such an objection within this time period, the court will schedule the motion for hearing on notice to the debtor, debtor's counsel, and the Chapter 13 Trustee, and to the objecting party.

7. All other orders that do not conflict with this order remain in full force and effect.

Attorney Wayne B. Spivak is directed to serve a copy of this order on interested parties who do not receive notice by CM/ECF and file a proof of service within 3 days of entry of this order.